**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 0 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JAMES CASADY CANGRO, a.k.a.**<br>**"HAVIC,"**<br><br>    Defendant. | CRIMINAL NO. 22-775 JB<br><br>Counts 1-2: 18 U.S.C. § 931: Violent Felon in Possession of Body Armor;<br><br>Count 3: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition;<br><br>Counts 4-5: 26 U.S.C. §§ 5861(d) and 5871: Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record;<br><br>Count 6: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession With Intent to Distribute Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);<br><br>Count 7: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession With Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine;<br><br>Count 8: 18 U.S.C. § 924(c)(1)(A)(i) and (c)(1)(B)(i): Possessing a Short-Barreled Shotgun in Furtherance of a Drug Trafficking Crime;<br><br>Count 9: 18 U.S.C. § 924(c)(1)(A)(i): Possessing a Firearm in Furtherance of a Drug Trafficking Crime. |

## INDICTMENT

The Grand Jury charges:

Count 1

On or about September 3, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, having previously been convicted of a violent felony, specifically,

(1) robbery,

(2) aggravated assault, and

(3) aggravated assault (with a deadly weapon),

knowingly possessed body armor.

In violation of 18 U.S.C. § 931.

Count 2

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, having previously been convicted of a violent felony, specifically,

(1) robbery,

(2) aggravated assault, and

(3) aggravated assault (with a deadly weapon),

knowingly possessed body armor.

In violation of 18 U.S.C. § 931.

Count 3

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)    robbery,

(2)     aggravated assault, and

(2)     aggravated assault (with a deadly weapon),

knowingly possessed a firearm and ammuntion in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 4

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, knowingly possessed a firearm, specifically a weapon made from a rifle with an overall length shorter than twenty-six inches, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

## Count 5

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, knowingly possessed a firearm, specifically a weapon made from a shotgun with an overall length shorter than twenty-six inches, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

## Count 6

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detecable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 7

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing a detecable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Count 8

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, knowingly possessed a short-barreled shotgun, that being a shotgun with an overall length of less than twenty-six inches, in furtherance of a drug trafficking crime for which the defendnat may be prosecuted in a court of the United States, specifically, possession with intent to distribute methamphetamine as charged in Count 7 of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i) and (c)(1)(B)(i).

Count 9

On or about April 19, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JAMES CASADY CANGRO**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which the defendnat may be prosecuted in a court of the United States, specifically, possession with intent to distribute methamphetamine as charged in Count 7 of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g) or 924(c), the defendant, **JAMES CASADY CANGRO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

   a.   A Keltec CNC model Sub 2000 9mm rifle, serial number ENF22;
   b.   A Winchester model 94-32 .32 Winchester Special caliber rifle, serial number 1774238;
   c.   A FMK model 9C1G2 9mm pistol, serial number BT6080;
   d.   A Smith & Wesson model MP 45 Shield .45 caliber pistol, serial number HUB68069;
   e.   A Colt model Single Action Frontier Scout .22 caliber revolver, serial number 218469F;
   f.   A Chiappa Firearms model M four .22 caliber pistol, serial number 13A35211;
   g.   A Remington model 870 magnum 12 gauge shotgun, serial number obliterated;
   h.   A Hi-Point model 995 9mm rifle, serial number F228217, stock cut, total length 25";
   i.   A Mossberg model 930 12 gauge shotgun, serial number AF060814;
   j.   A FNH model 509 9mm pistol, serial number GKS0165215;
   k.   A Harrington & Richardson model 088 12 gauge 3" full shotgun, serial number AZ564179, stock and barrel cut, total length 19"; and
   l.   All ammunition siezed at 5312 Euclid Ave NE, Albuquerque, NM on April 19, 2022.

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **JAMES CASADY CANGRO**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

   a.   A Keltec CNC model Sub 2000 9mm rifle, serial number ENF22;
   b.   A Winchester model 94-32 .32 Winchester Special caliber rifle, serial number 1774238;

c. A FMK model 9C1G2 9mm pistol, serial number BT6080;
d. A Smith & Wesson model MP 45 Shield .45 caliber pistol, serial number HUB68069;
e. A Colt model Single Action Frontier Scout .22 caliber revolver, serial number 218469F;
f. A Chiappa Firearms model M four .22 caliber pistol, serial number 13A35211;
g. A Remington model 870 magnum 12 gauge shotgun, serial number obliterated;
h. A Hi-Point model 995 9mm rifle, serial number F228217, stock cut, total length 25";
i. A Mossberg model 930 12 gauge shotgun, serial number AF060814;
j. A FNH model 509 9mm pistol, serial number GKS0165215;
k. A Harrington & Richardson model 088 12 gauge 3" full shotgun, serial number AZ564179, stock and barrel cut, total length 19"; and
l. All ammunition siezed at 5312 Euclid Ave NE, Albuquerque, NM on April 19, 2022.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney