IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 24 2022

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 22-CR-775-JB |
| vs. | |
| JAMES CASADY CANGRO, a.k.a. "Havic," | |
| Defendant. | |

## ORDER TO UNSEAL CASE

THIS MATTER having come before the Court on motion of the United States to unseal the instant case, and the Court being fully advised in the premises, FINDS that the instant case should be unsealed.

IT IS THEREFORE ORDERED that the instant case be unsealed.

_____
Hon. James O. Browning
UNITED STATES DISTRICT JUDGE